Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:09-CR-0032-YNP |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER THEREON |
| v. | ) | |
| Jose D. Arias, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, for lack of evidence and in the interest of justice, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: October 22, 2009            NATIONAL PARK SERVICE


                                   /S/ Susan St. Vincent
                                   Susan St. Vincent
                                   Acting Legal Officer


**ORDER**

It is so ordered:


IT IS SO ORDERED.

**Dated:   October 22, 2009**            **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

1